Commonwealth *v.* The Minds Coal Mining
Corporation, Appellant.

Argued May 24, 1948. Before MAXEY, C. J., DREW,
LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

8

10

12

·13

16

18

*Roy J. Keefer,* with him *William H. Wood* and *Hull, Leiby & Metzger,* for appellant.

*David Fuss,* Deputy Attorney General, with him *T. McKeen Chidsey,* Attorney General, for appellee.

PER CURIAM, July 6, 1948:
The judgment is affirmed on the opinions for the court below by the learned President Judge of the Orphans' Court, specially sitting.